UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
AVI COHEN, individually and on :
behalf of all others similarly situated, :
: NOTICE OF MOTION
Plaintiff, : TO ADMIT COUNSEL
: PRO HAC VICE
v. :
:
SLOMIN'S, INC., a New York :
corporation, : 2:15-cv-03413-JFB-SIL
:
Defendant. :
:
---------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an Order allowing the admission of Courtney C. Booth, an attorney in the law firm of Edelson PC and a member in good standing of the Bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiff Avi Cohen. There are no pending disciplinary proceedings against Ms. Booth in any State or Federal Court.

Respectfully submitted,

Date: November 4, 2015    By: /s/ Stefan Coleman

Stefan Coleman (SC6365)  
LAW OFFICES OF STEFAN COLEMAN, LLC  
1309 Jericho Turnpike, 2nd Floor  
New Hype Park, New York 11040  
Tel: 877.333.9427  
Fax: 888.498.8946