UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| AVI COHEN, individually and on behalf of all others similarly situated, | : : : : | |
| *Plaintiff*, | : : | NOTICE OF APPEARANCE OF COUNSEL |
| *v.* | : : : | |
| SLOMIN'S, INC., a New York corporation, | : : : | 2:15-cv-03413-JFB-SIL |
| *Defendant*. | : : : | |

---

## NOTICE OF APPEARANCE OF COUNSEL

To:  The Clerk of the Court and all Parties of Record.

I am authorized to practice in this Court *pro hac vice* for the above-referenced matter, and I appear as counsel of record for Plaintiff Avi Cohen, individually and on behalf of all others similarly situated.

Dated: November 9, 2015                         /s/ Courtney C. Booth

                                                                            Courtney C. Booth (IL 6232384)
                                                                            cbooth@edelson.com
                                                                            EDELSON PC
                                                                            350 North LaSalle Street, Suite 1300
                                                                            Chicago, Illinois 60654
                                                                            Tel: 312.589.6370
                                                                            Fax: 312.589.6378