# LAW OFFICES OF
# STEFAN COLEMAN, LLC

June 14, 2016

**SUBMITTED VIA ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Avi Cohen v. Slomin's, Inc.*, No. 2:15-cv-03413-AMD-SIL

Dear Judge Locke:

  The office of the undersigned represents Plaintiff Avi Cohen, individually and on behalf of all others similarly situated, in the above-referenced matter. On May 25, 2016, the Court scheduled an initial conference for June 16, 2016. (Dkt. 14.) In light of Your Honor's Scheduling Order and Individual Motion Practices, Plaintiff respectfully requests, after conferring with Defendant, that the Court briefly continue the initial conference by two (2) weeks, and to a date that is convenient for the Court, to allow the parties to determine whether the matter can be resolved without additional, protracted litigation. This is the first request for a continuance of the hearing, and Defendant's counsel joins in this request.

  Should the Court have any questions, I may be contacted at (877) 333-9427. Thank you for your time and attention in this matter.

         Very truly yours,

         Law Offices of Stefan Coleman, LLC

         /s/ Stefan Coleman
         Stefan Coleman, Esq.
         Law Offices of Stefan Coleman, LLC
         1309 Jerich Turnpike, 2nd Floor
         New Hyde Park, NY 11040
         Phone: 877.333.9427 | Fax 888.498.8946