LAW OFFICES OF
# STEFAN COLEMAN, LLC

August 26, 2016

<u>SUBMITTED VIA ECF</u>

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Avi Cohen v. Slomin's, Inc.*, No. 2:15-cv-03413-AMD-SIL

Dear Judge Locke:

The office of the undersigned represents Plaintiff Avi Cohen, individually and on behalf of all others similarly situated, in the above-referenced matter. On May 25, 2016, the Court scheduled an initial conference for June 16, 2016. (Dkt. 14.) On June 14, 2016, Plaintiff requested, and the Court granted, a continuance to allow the parties to determine whether the matter could be resolved without protracted litigation. (*See* Dkt. 16; Electronic Order entered on June 15, 2016.) Given their efforts to resolve the case, on July 21, 2016, Plaintiff requested, and the Court granted, a second continuance to allow the Parties to exchange one final piece of information necessary to discuss resolution. (*See* Dkt. 17, Electronic Order entered on July 25, 2016.) After receiving the final piece of information requested, Plaintiff made a third request to continue the initial conference so the Parties could more formally discuss resolution of the matter, which the Court granted. (Dkt. 18, Electronic Order entered on August 11, 2016.) Since then, the Parties have conferred regarding their respective positions on potential resolution, discussed a proposed settlement structure, Plaintiff has outlined in writing the key prospective components of the settlement he proposes, and the Parties have agreed to continue to confer over the next few days in hopes of finalizing a resolution.

In light of Your Honor's Scheduling Order and Individual Motion Practices, and in an effort to conserve the Parties' and the Court's time and resources, Plaintiff suggests that the Court strike the initial conference currently set for August 30, 2016 at 11:00 a.m., and order the Parties to submit a joint letter updating it as to the status of their settlement discussions no later than September 16, 2016, in the event the matter has not already been dismissed by that date. In the alternative, Plaintiff requests that the Court continue the initial conference by an additional three (3) weeks, and to a date that is convenient for the Court. Defendant's counsel joins in this fourth request.

The Parties recognize and greatly appreciate the patience Your Honor has had in allowing them to continue their discussions regarding Plaintiff's claims and a potential resolution. Should the Court have any questions, I may be contacted at (877) 333-9427. Thank you for your time and attention in this matter.

LAW OFFICES OF
STEFAN COLEMAN, LLC

Very truly yours,

Law Offices of Stefan Coleman, LLC

/s/ Stefan Coleman
Stefan Coleman, Esq.

Law Offices of Stefan Coleman, LLC
1309 Jerich Turnpike, 2nd Floor
New Hyde Park, NY 11040
Phone: 877.333.9427 | Fax 888.498.8946