LAW OFFICES OF
STEFAN COLEMAN, LLC

September 16, 2016

**SUBMITTED VIA ECF**

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Avi Cohen v. Slomin's, Inc.*, No. 2:15-cv-03413-AMD-SIL

Dear Judge Locke:

    The office of the undersigned represents Plaintiff Avi Cohen, individually and on behalf of all others similarly situated, in the above-referenced matter. In accordance with Your Honor's August 29, 2016 Minute Entry, we write to provide an update on the status of the Parties' settlement discussions. The Parties have continued their discussions and made significant progress, and Plaintiff is currently working to prepare a draft settlement agreement for Defendant's review (subject to reaching a final agreement on all terms). The Parties expect that they will be able to resolve the matter within two weeks, and therefore suggest that the Court enter an Order requiring them to either (i) file a stipulation of voluntary dismissal or (ii) file a supplemental status report no later than September 30, 2016.

    The Parties recognize and greatly appreciate the patience Your Honor has had in allowing them to continue their discussions regarding this case and a potential resolution. Should the Court have any questions, I may be contacted at (877) 333-9427. Thank you for your time and attention in this matter.

    Respectfully,

    Law Offices of Stefan Coleman, LLC

    /s/ Stefan Coleman
    Stefan Coleman, Esq.

    Law Offices of Stefan Coleman, LLC
    1309 Jerich Turnpike, 2nd Floor
    New Hyde Park, NY 11040
    Phone: 877.333.9427 | Fax 888.498.8946