**UNITED STATES DISTRICT COURT**          **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                    DATE: 12/7/2016
        U.S. MAGISTRATE JUDGE              TIME:   11:00 am

CASE:  **CV 15-3413 (AMD) Cohen v. Slomin's, Inc.**

TYPE OF CONFERENCE:   INITIAL         FTR: 11:16-11:21

APPEARANCES:
       For Plaintiff:  <u>Courtney Booth</u>

       For Defendant: <u>John Chally</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☒     The court has adopted and So Ordered the joint proposed scheduling order [23] submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐     Other:

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

  <u>2/21/17 at 11:00 am and 4/24/17 at 11:00 am</u> : Status conference


                          SO ORDERED

                         <u>/s/Steven I. Locke</u>
                         STEVEN I. LOCKE
                         United States Magistrate Judge