# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVI COHEN, individually and on behalf of all others similarly situated, *Plaintiff*, v. SLOMIN'S, INC., a New York corporation, *Defendant*. | PARTIES' RULE 26(f) REPORT<br><br>2:15-cv-03413-AMD-SIL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Avi Cohen and Defendant Slomin's, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of Plaintiff's and the putative classes' claims without prejudice, and with the Parties to bear their own attorneys' fees, costs, and other expenses related to the litigation.

Respectfully submitted,

**AVI COHEN**, individually and on behalf of all others similarly situated,

Dated: July 21, 2017

By: /s/ Benjamin H. Richman
     One of Plaintiff's Attorneys

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1

                    Stefan L. Coleman
                    law@stefancoleman.com
                    LAW OFFICES OF STEFAN COLEMAN, LLC
                    1309 Jericho Turnpike, 2nd Floor
                    New Hyde Park, NY 11040
                    Tel: 877.333.9427
                    Fax: 888.498.8946

                    **SLOMIN'S, INC.**,

Dated: July 21, 2017          By: /s/ Jonathan R. Chally
                                          One of Defendant's Attorneys

                    Jonathan R. Chally (Admitted *Pro Hac Vice*)
                    KING & SPALDING LLP
                    1180 Peachtree Street NE
                    Atlanta, GA 30309
                    jchally@kslaw.com
                    Tel: 404-572-4600
                    Fax: 404-572-5100

                    Richard Thomas Marooney, Jr.
                    RMarooney@kslaw.com
                    KING & SPALDING
                    1185 Avenue of the Americas
                    New York, NY 10036
                    Tel: 212.556.2242
                    Fax: 212.556.2222

## **CERTIFICATE OF SERVICE**

    I, Benjamin H. Richman, an attorney, hereby certify that on July 21, 2017, I served the above and foregoing ***Stipulation of Dismissal Without Prejudice*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                                                 /s/ Benjamin H. Richman